IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SKAFF,

    Plaintiff(s),

vs.

LARKSPUR REAL ESTATE, et al.,

    Defendant(s).

No. C 05-1170 MEJ

**ORDER VACATING JULY 21, 2005 CASE MANAGEMENT CONFERENCE**

**ORDER OF REFERENCE**

    The Court is in receipt of the parties' Joint Case Management Conference Statement, filed on July 14, 2005. Upon review of the parties' statement, the Court hereby VACATES the July 21, 2005 Case Management Conference and ORDERS as follows:

1) The parties are referred to a settlement conference with a magistrate judge, which shall take place within 90-120 days from the date of this Order;

2) As per the parties' request, formal discovery is hereby STAYED until after the settlement conference. The parties may engage in informal discovery; and

3) Within two days from the date of the settlement conference, the parties shall file a joint letter and state whether the matter has settled or needs to be placed back on calendar for a case management conference.

**IT IS SO ORDERED.**

Dated: July 15, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

*United States District Court*
*For the Northern District of California*