FILED

AUG 3 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Allen Matkins

*www.allenmatkins.com*

Allen Matkins Leck Gamble & Mallory LLP
Attorneys at Law
Three Embarcadero Center, 12th Floor | San Francisco, CA 94111-4074
Telephone: 415.837.1515 | Facsimile: 415.837.1516

Mary D. Walsh
E-mail: mwalsh@allenmatkins.com
Direct Dial: 415.273.7433   File Number: R6596-014/SF652092.01

August 25, 2005

**VIA FACSIMILE**

Hon. James Larson
Chief Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94012

Re: *Skaff v. Larkspur Real Estate Partnership, et. al.*; Case No. C 05-1170 MDJ (JL)

Dear Judge Larson:

I write to request to continue the settlement conference currently scheduled for September 9, 2005. The parties, Defendants Larkspur Real Estate Partnership I & II, Defendant Barnes & Noble, and Plaintiff Richard Skaff (collectively "the parties") collectively request this continuance to give them more time to meet and confer regarding issues of injunctive relief, per the Court's Order, so that they may resolve as many issues as possible prior to the settlement conference. Counsel for the Larkspur Defendants, Lindbergh Porter was on vacation for much of the month of August and counsel for Plaintiff Sidney Cohen has a vacation planned for the last week of August through Labor Day. As a result, the parties need additional time to complete the meet and confer process.

~~The parties are available for a settlement conference on October 7, 2005 if the Court is available that date.~~ I thank you in advance for your consideration of this request.

SO ORDERED

*/s/ James Larson*
JAMES LARSON
MDW   U.S. MAGISTRATE JUDGE

Very truly yours,

*/s/ Mary D. Walsh*
Mary D. Walsh

Los Angeles | Orange County | San Diego | Century City | San Francisco | Del Mar Heights