Sidney J. Cohen
Attorney at Law
A Professional Corporation
427 Grand Avenue
Oakland, California  94610
(510) 893-6682
Fax (510) 893-9450



February 8, 2006

Honorable James Larson
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    Skaff v. Larkspur Real Estate Partnership I, et. al.
              Case No. C 05-1170 MEJ  **JL**
              Further Settlement Conference Dates

Dear Judge Larson:

      The parties and their counsel have had difficulties in coordinating their schedules for the further settlement conference that is to take place in this case.

      I understand that you are available for a further settlement conference on March 21, 2006. The only problem with that date is that plaintiff Richard Skaff will be out of the state and unavailable to participate in person on March 21, 2006. However, Mr. Skaff will be available to participate by telephone. Moreover, Mr. Skaff has given me full and complete authority to settle all aspects of the case on his behalf.

      Plaintiff requests that your Honor schedule the settlement conference for March 21, 2006 with the understanding that Mr. Skaff will be available to participate by telephone and that I have full and complete authority to settle all aspects of the case on his behalf.

      If your Honor considers it necessary for Mr. Skaff to be present at the settlement conference, I request that your staff contact counsel for alternate dates for the settlement conference, preferably in the first two weeks of April. In this regard, I and Mr. Skaff presently can rearrange our commitments to be available on April 3,4,6,7,10,11,12,13, or 14.

      Thank you for your consideration of this request.

              Very truly yours,
              /s/ Sidney J. Cohen
              Sidney J. Cohen
              Attorney for Plaintiff

P.S.  I will be out of the country and unavailable from February 14 through 21, 2006.