1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SKAFF,

          Plaintiff(s),

  vs.

LARKSPUR REAL ESTATE, et al.,

          Defendant(s).

_____/

No. C 05-1170 MEJ

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

      The Court is in receipt of Plaintiff's counsel's letter, filed March 22, 2006, requesting that the

Court schedule a case management conference in this matter.  Good cause appearing, the Court

hereby ORDERS the parties to appear for a Case Management Conference on April 27, 2006 at

10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The

parties shall file a joint statement, using the undersigned's Standing Joint C.M.C. Statement and

Proposed Order form, by April 20, 2006.  The parties are reminded that they must provide a

chambers copy of all documents e-filed in this matter by the next business day.

      **IT IS SO ORDERED.**

Dated: March 29, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge