SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br><br>V.<br><br>LARKSPUR REAL ESTATE PARTNERSHIP I, LP; LARKSPUR REAL ESTATE PARTNERSHIP II, LP; BARNES & NOBLE, INC.; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 05-1170 MEJ<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANTS LARKSPUR REAL ESTATE PARTNERSHIP I, LP AND LARKSPUR REAL ESTATE PARTNERSHIP II, LP**<br><br>FRCP 41 (a) (1) (ii). |

Plaintiff Richard Skaff and defendants Larkspur Real Estate Partnership I, LP and Larkspur Real Estate Partnership II, LP, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on March 22, 2005.

Plaintiff Richard Skaff and defendants Larkspur Real Estate Partnership I, LP and Larkspur Real Estate Partnership II, LP have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against said defendants. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff Richard Skaff and defendants Larkspur Real Estate Partnership I, LP and Larkspur Real Estate Partnership II, LP stipulate to the court retaining jurisdiction to enforce the "Mutual Release And

1  Settlement Agreement."

2  Plaintiff Richard Skaff moves to dismiss with prejudice the Complaint against defendants
3  Larkspur Real Estate Partnership I, LP and Larkspur Real Estate Partnership II, LP.

4  Defendants Larkspur Real Estate Partnership I, LP and Larkspur Real Estate Partnership
5  II, LP have answered the complaint and agree to the dismissal with prejudice.

6  This case is not a class action, and no receiver has been appointed.

7  This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
8  be as valid and binding as original signatures.

9  Wherefore, plaintiff Richard Skaff and defendants Larkspur Real Estate Partnership I, LP
10 and Larkspur Real Estate Partnership II, LP, by and through their attorneys of record, so stipulate.

11 Date: 8/12/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

_____
Sidney J. Cohen, Esq.
Attorney for Plaintiff Richard Skaff

15 Date: 8/10/06

LITTLER MENDELSON

_____
Mary D. Walsh
Attorney for Defendants
Larkspur Real Estate Partnership I, LP and
Larkspur Real Estate Partnership II, LP

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Complaint against defendants Larkspur Real Estate Partnership I, LP and Larkspur Real Estate Partnership II, LP is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Date: August 11, 2006

Martin
United

IT IS SO ORDERED
Judge Maria-Elena James

Stipulation And Order For Dismssal            -1-