1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  RICHARD SKAFF                      CASE NO. C 05-1170 MEJ
                                      <u>Civil Rights</u>
10         Plaintiff,

11 V.

12 LARKSPUR REAL ESTATE               STIPULATION AND ORDER
   PARTNERSHIP I, LP; LARKSPUR        FOR DISMISSAL OF COMPLAINT
13 REAL ESTATE PARTNERSHIP II, LP;    AGAINST DEFENDANT BARNES
   BARNES & NOBLE, INC.; and DOES 1-  & NOBLE, INC.
14 25, Inclusive,
                                      FRCP 41 (a) (1) (ii).
15         Defendants.
   _____/
16

17         Plaintiff Richard Skaff and defendant Barnes & Noble, Inc., by and through their

18 attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure

19 section 41 (a) (1) (ii).

20         Plaintiff filed this lawsuit on March 22, 2005.

21         Plaintiff Richard Skaff and defendant Barnes & Noble, Inc. have entered into a "Mutual

22 Release And Settlement Agreement" which settles all aspects of the lawsuit against said

23 defendant. The "Mutual Release And Settlement Agreement"is incorporated by reference herein

24 as if set forth in full. Plaintiff Richard Skaff and defendant Barnes & Noble, Inc. stipulate to the

25 court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

26         Plaintiff Richard Skaff moves to dismiss with prejudice the Complaint against defendant

27 Barnes & Noble, Inc .

28

Defendant Barnes & Noble, Inc., who has answered the complaint, agrees to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, plaintiff Richard Skaff and defendant Barnes & Noble, Inc., by and through their attorneys of record, so stipulate.

Date: 8/12/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

_____
Sidney J. Cohen, Esq.
Attorney for Plaintiff Richard Skaff

Date: 8/15/06

BRYAN CAVE

_____
David H. Raizman
Attorney for Defendant
Barnes & Noble, Inc.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Complaint against defendant Barnes & Noble, Inc. is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement." The Clerk of Court shall close the file.

Date:
August 16, 2006

_____
Martin Elena James
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386.

On August 15, 2006, I served the foregoing document, **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT BARNES & NOBLE**, on each interested party in this action, as follows:

| | |
|---|---|
| Sidney J. Cohen, Esq.<br>427 Grand Avenue<br>Oakland, CA 94620<br>Telephone: (510) 893-6682<br>Facsimile: (510) 893-9450 | Attorney for Plaintiff<br>Richard Skaff |
| Lindberg Porter, Jr., Esq.<br>Mary D. Walsh, Esq.<br>Littler Mendelson P.C.<br>650 California Street<br>20th floor<br>San Francisco, CA 94108<br>Telephone: (415) 433-1940<br>Facsimile: (415) 399-8490 | Attorney for Defendants<br>Larkspur Real Estate Partnrship I, LP and Larkspur Real Estate Partnership II, LP |

☐ **(BY MAIL)** I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(BY E-MAIL)** I caused a true copies of the foregoing document to be served on Sidney J. Cohen, Esq., Lindbergh Porter, Jr., Esq. and Mary D. Walsh, Esq. via e-mail at the e-mail addresses listed above. Each e-mail was complete and no reports of error were received.

Executed on August 15, 2006, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Miltonette Steinberg*
Miltonette Steinberg